**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**TRAVIS HENDERSON**

**CIVIL ACTION**

**VERSUS**

**NO. 17-002-JWD-RLB**

**FRANK ROBINSON**

## ORDER

Pending before the Court is the Motion for Court Review of Taxable Costs (Doc. 41) filed by Plaintiff Travis Henderson. As counsel points out in her brief in support of the motion, "[r]easonable attorney fees and out of pocket costs may be recovered at the discretion of the *trial court* to a prevailing party in a § 1983 [suit]." (Doc. 41-2 at 2) (emphasis added); *see also* 42 U.S.C. § 1988(b). Accordingly, to the extent Plaintiff's counsel seeks reasonable attorney's fees, she must file a separate motion and include any supporting argument and documentation providing a basis for the reasonableness of the requested fee. It is therefore **ORDERED** that the motion (Doc. 41) is **DENIED WITHOUT PREJUDICE.**

Signed in Baton Rouge, Louisiana, on February 22, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**